**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
12551 N. Green Valley Parkway Building C Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@tzalllegal.com

**Robert S. Larsen**
Gordon Rees Scully Mansukhani, LLP
300 South Fourth Street Suite 1550
Las Vegas, NV 89101
Tel: 702-577-9301
rlarsen@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Misty Herringshaw, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>Medical Data Systems, Inc. aka Medical Revenue Service<br><br>and John Does 1-25<br><br>Defendant. | Docket No.  2:20-cv-1229<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Misty Herringshaw, ("Plaintiff") and Defendant, by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  November 18, 2020

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ Robert S. Larsen* |
| Robert M. Tzall, Esq. | Robert S. Larsen |
| **The Law Offices of Robert M. Tzall** | **Gordon Rees Scully Mansukhani, LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

- 2 -