1  **Robert M. Tzall**
2  NV State Bar No. 13412
   The Law Offices of Robert M. Tzall
3  12551 N. Green Valley Parkway Building C Suite 303
   Henderson, NV 89014
4  Tel: 702-666-0233
   office@tzalllegal.com
5
6  **Robert S. Larsen**
   Gordon Rees Scully Mansukhani, LLP
7  300 South Fourth Street Suite 1550
   Las Vegas, NV 89101
8  Tel: 702-577-9301
   rlarsen@grsm.com
9

10

11              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEVADA
12

13 | Misty Herringshaw, Individually and on Behalf ) | Docket No.  2:20-cv-1229
   | of All Others Similarly Situated             ) |
14 |                                              ) |
   |            Plaintiff,                        ) | **JOINT STIPULATION OF DISMISSAL**
15 |                                              ) | **WITH PREJUDICE**
   |     vs.                                      ) |
16 | Medical Data Systems, Inc. aka Medical       ) |
   | Revenue Service                              ) |
17 |                                              ) |
   | and John Does 1-25                           ) |
18 |                                              ) |
   |            Defendant.                        ) |
19

20  IT IS HEREBY STIPULATED by and between Plaintiff, Misty Herringshaw, ("Plaintiff") and

21  Defendant, by and through their respective counsel of record, that the above-captioned action, be

22  and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure

23  Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

24       Undersigned counsel represent that they are fully authorized by their respective clients to

25  enter into this Joint Stipulation with Prejudice.

26

27

28  **Respectfully Submitted,**

Dated: November 18, 2020

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ Robert S. Larsen* |
| Robert M. Tzall, Esq. | Robert S. Larsen |
| **The Law Offices of Robert M. Tzall** | **Gordon Rees Scully Mansukhani, LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: November 19, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

- 2 -